IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                       MEMORANDUM

       Plaintiff,

                       07-cr-24-bbc

  v.

NEKEYA PATTON,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered July 2, 2008, the Court of Appeals for the Seventh Circuit remanded this case to this court for consideration of resentencing under Kimbrough v. United States, 128 S. Ct. 558 (2007), and to allow defendant an opportunity to move for a reduction of her sentence in light of the changes in the crack cocaine sentencing guidelines. Reviewing the previous sentence, defendant's presentence report and the Court's decision in Kimbrough, I am inclined to resentence defendant. Accordingly, I am asking the court of appeals to remand this case in full so I may resentence defendant.

Entered this ____5th____ day of September, 2008.

                                      BY THE COURT:

                                      BARBARA B. CRABB
                                      District Judge

1